Calvin E. Davis (SBN: 223004) cdavis@gordonrees.com
Aaron P. Rudin (SBN: 223004) arudin@gordonrees.com
Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone (213) 576-5085
Facsimile (213) 680-4470

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLDWELL BANKER REAL ESTATE LLC,<br><br>PLAINTIFF(S)<br>v.<br><br>NEW ALLIANCE PROPERTIES, INC., a California Corporation; ELIAZAR FELIX, an individual,<br><br>DEFENDANT(S). | CASE NUMBER<br><br><br><br>**SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Calvin E. Davis and Aaron P. Rudin</u>, whose address is <u>Gordon & Rees LLP, 633 West Fifth Street, Suite 5200, Los Angeles, CA 90071</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____   By: _____
                                        Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1039472/31758540v.1

CV-01A (10/11)         **SUMMONS**
RLGY/1087941/16743286v.1

