CALVIN E. DAVIS (SBN: 101640)
AARON P. RUDIN (SBN: 223004)
WEISS B. HAMID (SBN: 300792)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
E-mail: cdavis@gordonrees.com;
arudin@gordonrees.com;
whamid@gordonrees.com

Attorneys for Plaintiff and Counter-Defendant
COLDWELL BANKER REAL ESTATE LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLDWELL BANKER REAL ESTATE LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>NEW ALLIANCE PROPERTIES, INC., a California Corporation; ELIAZAR FELIX, an individual,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:17-cv-01505 VAP (SKx)<br><br>**STIPULATION RE DISMISSAL** |

-1-
STIPULATION RE DISMISSAL

Plaintiff and counter-defendant COLDWELL BANKER REAL ESTATE LLC ("Coldwell Banker") and defendants NEW ALLIANCE PROPERTIES INC. and ELIAZAR FELIX ("Defendants") hereby stipulate and agree as follows:

1. The Parties have entered into a Settlement and Mutual Release Agreement in this matter executed by all the parties ("Settlement Agreement").

2. The Settlement Agreement also provides that Defendants are to make certain payments to Coldwell Banker over time.

3. Pursuant to the Settlement Agreement, Coldwell Banker agreed to dismiss this lawsuit with prejudice upon completion of Defendants' obligations to pay as are set forth in the Settlement Agreement. In the meantime, the parties agreed that the dismissal of this lawsuit is *without prejudice* and subject to this Court's retention of jurisdiction to enforce the terms of the Settlement Agreement. Fed. R. Civ. Proc. 41(a)(1)(A)(ii); *Kokonnen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-382 (1994) [District Court is empowered to retain jurisdiction to enforce the terms of a settlement agreement where parties consented to retention of jurisdiction to enforce the settlement agreement].

4. Based on this Stipulation and the Settlement Agreement, the parties respectfully request that this Court retain jurisdiction to enforce the terms of Settlement Agreement until the terms are performed in full by the parties.

5. Upon full performance of the Settlement Agreement, Coldwell Banker shall file with this Court a Notice of Dismissal of this lawsuit *with* prejudice and serve notice of such dismissal on all parties.

**IT IS SO STIPULATED.**

///
///
///

Dated: ~~April~~ May 11, 2018         GORDON & REES LLP

By: _____
Calvin E. Davis
Aaron P. Rudin
Weiss B. Hamid
Attorneys for Plaintiff and
Counter-Defendant COLDWELL
BANKER REAL ESTATE LLC

Dated: ~~April~~ May 11, 2018         RIVERA LAW CORPORATION

By: _____
Michael A. Rivera
Attorney for Defendants and
Counter-Complainants NEW
ALLIANCE PROPERTIES INC.
and ELIAZAR FELIX

-3-
STIPULATION RE DISMISSAL; [PROPOSED] ORDER