```
                                FILED
                          CLERK, U.S. DISTRICT COURT

                               9/7/2018

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY: ____rf____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLDWELL BANKER REAL ESTATE LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NEW ALLIANCE PROPERTIES, INC., a California Corporation; ELIAZAR FELIX, an individual,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 2:17-cv-01505 VAP (SKx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

　　　Pursuant to the parties' terms of their Settlement Agreement, the Stipulation Regarding Dismissal [Doc. 37], and the Notice of Dismissal filed by Plaintiff, this matter is hereby dismissed *with* prejudice.

　　　IT IS SO ORDERED.

DATED: September 7, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Virginia A. Phillips
　　　　　　　　　　　　　　　　　　Chief United States District Judge

-1-
ORDER RE DISMISSAL